IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE INSURANCE HOUSE, INC.,<br>a Georgia corporation | :<br>:<br>: | |
| v. | :<br>: | Civil Docket No.<br>1:08-mc-00094-SLR |
| INSURANCE DATA PROCESSING, INC.,<br>a Pennsylvania corporation | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Katie A. D'Emilio, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Carl G. Roberts of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103-7599 to represent Insurance Data Processing, Inc.

Date: June 3, 2008

/s/ Katie A. D'Emilio
Katie A. D'Emilio (No. 4824)
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: demiliok@ballardspahr.com

Counsel for Insurance Data Processing, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Court of Pennsylvania, the United States Supreme Court, the United States Court of Appeals for the Third Circuit, the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania, and the United States Court of Federal Claims, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 3, 2008

Carl G. Roberts, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 665-8500
Facsimile: (215) 864-8999
E-mail: cgroberts@ballardspahr.com