IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE INSURANCE HOUSE, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE DATA PROCESSING, INC., a Pennsylvania Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Civil Docket No.<br>1:08-mc-00094-SLR<br><br>Northern District of Georgia<br>Case No. 1:07-CV-00286-BBM |

### CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS FROM ACE INSURANCE CO.

Under Federal Rule of Civil Procedure 6(b), Plaintiff The Insurance House, Inc. ("Insurance House") respectfully moves the Court to extend by three days the time to reply to Defendant's Response to Plaintiff's Motion to Compel Documents from Third Party ACE Insurance Co. ("Defendant's Response"), and states:

1. Defendant's Response was served by hand delivery on Delaware counsel for Insurance House on June 3, 2008.

2. Therefore, Insurance House's reply to Defendant's Response is due on or before June 10, 2008.

3. Third party ACE Insurance Co. served its response by U.S. Mail on June 3, 2008, so Insurance House's reply is due on or before June 13, 2008.

4. Insurance House seeks an additional three (3) days so that Insurance House may fully and completely reply to Defendant's Response.

- 1 -

13389651.1
13392895.1

5. This request is made on or before the current deadline for filing a Reply.

6. Defendant has consented to this extension.

7. A proposed Order is attached for the Court's convenience.

Insurance House respectfully requests that the Court to extend the time period for filing its reply to Defendant's Response for an additional three (3) days, that is, on or before June 13, 2008.

DATED: June 9, 2008

Respectfully submitted:

By: _____
Thomas G. Macauley (ID No. 3411)
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware 19899-1028
Tel.: (302) 427-0400
Fax: (302) 427-8242

- and -

James J. Wolfson (Ga. Bar No. 773397)
Joseph F. Hession (Ga. Bar No. 349605)
Philip S. Bubb (Ga. Bar No. 092069)
Brooke Lewis (Ga. Bar No. 449989)
CARLTON FIELDS, P.A.
One Atlantic Center
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia 30309
Phone: (404) 815-3400
Fax:    (404) 815-3415

Attorneys for Plaintiff,
THE INSURANCE HOUSE, INC.

13389651.1
13392895.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE INSURANCE HOUSE, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE DATA PROCESSING, INC., a Pennsylvania Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Civil Docket No. 1:08-mc-00094-SLR<br><br>Northern District of Georgia Case No. 1:07-CV-00286-BBM |

## ORDER TO EXTEND TIME IN WHICH PLAINTIFF'S MAY REPLY

This matter having come before the Court on the Consent Motion to Extend Time for Plaintiff's Reply to Defendant's Response, and the Court having read and considered the same, the Court hereby GRANTS the Consent Motion. For good cause shown, the period in which Plaintiff may reply to Defendant's Response is hereby extended to and including June 13, 2008.

SO ORDERED, this ___ day of _____, 2008.

_____
Hon. Sue L. Robinson
United States District Judge

13389651.1
13392895.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I caused a copy of the "Consent Motion to Extend Time for Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Compel Documents from Ace Insurance Co." to be served by hand delivery on:

Katie A. D'Emilio, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801

Mary E. Augustine, Esquire
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

_____
Thomas G. Macauley (D No. 3411)

1839724.1