## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE INSURANCE HOUSE, INC.,
a Georgia Corporation,

        Plaintiff,

v.

INSURANCE DATA PROCESSING, INC.,
a Pennsylvania Corporation,

        Defendant.

)
)
)
)
)    Civil Docket No.
)    1:08-mc-00094-SLR
)
)    Northern District of Georgia
)    Case No. 1:07-CV-00286-BBM
)
)
)
)
)

## REQUEST FOR ORAL ARGUMENT

The Insurance House, Inc. ("Insurance House") respectfully requests oral argument on Plaintiff's Motion to Compel Documents from Third Party Ace American Insurance Co. (D.I. 1) (the "Motion"). Insurance House filed and served its replies relating to the Motion this past Friday, June 13, 2008, rendering the Motion ready for judicial disposition.

DATED: June 17, 2008        Respectfully submitted:

By:_____
    Thomas G. Macauley (ID No. 3411)
    ZUCKERMAN SPAEDER LLP
    919 Market Street, Suite 990
    P.O. Box 1028
    Wilmington, Delaware 19899-1028
    Tel.: (302) 427-0400
    Fax: (302) 427-8242

    - and -

- 1 -

13398126.2

13427649.1

1856562.1

James J. Wolfson (Ga. Bar No. 773397)
Joseph F. Hession (Ga. Bar No. 349605)
Philip S. Bubb (Ga. Bar No. 092069)
Brooke Lewis (Ga. Bar No. 449989)
CARLTON FIELDS, P.A.
One Atlantic Center
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia 30309
Phone:  (404) 815-3400
Fax:    (404) 815-3415


Attorneys for Plaintiff,
THE INSURANCE HOUSE, INC.

13398126.2

1856562.1

13427649.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I electronically filed a "Request for Oral Argument" with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Katie A. D'Emilio, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801

Mary E. Augustine, Esquire
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

I hereby further certify that on June 17, 2008, I electronically filed a "Request for Oral Argument" by regular first class mail, postage prepaid to the following:

Carl G. Roberts, Esquire
Damian L. DiNicola, Esquire
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Paul B. Bech, Esquire
Michael A. Shapiro, Esquire
Bazelton Less & Feldman, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19103

_____
Thomas G. Macauley (ID No. 3411)

1851490.1