IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE INSURANCE HOUSE, INC., a Georgia corporation | : : : |
| v. | : : Civil Docket No. : 1:08-mc-00094-SLR |
| INSURANCE DATA PROCESSING, INC., a Pennsylvania corporation | : |

## SUBSTITUTION OF APPEARANCE

Pursuant to Rule 83.7, kindly withdraw the appearance of Katie A. D'Emilio of Ballard Spahr Andrews & Ingersoll, LLP for Defendant Insurance Data Processing, Inc. Please substitute Leslie C. Heilman of the Wilmington, Delaware office of the law firm of Ballard, Spahr, Andrews & Ingersoll, LLP. Ms. Heilman is authorized to accept service on behalf of Defendant in this matter.

/s/ Leslie C. Heilman
Leslie C. Heilman (No. 4716)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4465

/s/ Katie A. D'Emilio
Katie A. D'Emilio (No. 4824)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4450

Dated: August 6, 2008

## **CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, do hereby certify that I have caused copies of the foregoing Substitution of Appearance to be served on counsel via first-class mail at the following address:

Meg Augustine, Esquire
Bayard, PA.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Thomas G. McCauley, Esquire
Zuckerman Spaeder LLP
919 N. Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899-1028


Dated:  August 6, 2008                         /s/ Leslie C. Heilman
                                               Leslie C. Heilman (I.D. No. 4716)