IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSURANCE HOUSE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-mc-94-SLR |
| | ) |
| INSURANCE DATA PROCESSING, INC., | ) |
| | ) |
| Defendant. | ) |

## O R D E R

At Wilmington this 7th day of August, 2008;

IT IS ORDERED that oral argument on plaintiff's pending motion to compel (D.I. 1) shall be heard on **Tuesday, August 26, 2008**, at 3:00 p.m. in courtroom 6B on the 6th Floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side will be given one hour to present their argument.

_____
United States District Judge