IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE INSURANCE HOUSE, INC., ) <br> a Georgia Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INSURANCE DATA PROCESSING, INC., ) <br> a Pennsylvania Corporation, ) <br> ) <br> Defendant. ) <br> _____) | Civil Docket No. <br> 1:08-mc-00094 (SLR) <br><br> Northern District of Georgia <br> Case No. 1:07-CV-00286-BBM |

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel applies for the admission *pro hac vice* of Joseph F. Hession to represent Plaintiff in this matter. Mr. Hession is admitted, practicing and in good standing in the Bars of the states of Georgia and Florida; the Georgia Supreme Court and the Georgia Court of Appeals; the United States District Courts for the Middle and Northern Districts of Georgia and the Southern and Northern Districts of Florida; and the United States Court of Appeals for the Eleventh Circuit.

Dated: Wilmington, Delaware
      August 13, 2008

Thomas G. Macauley (ID No. 3411)
Zuckerman Spaeder LLP
P.O. Box 1028
919 Market Street, Suite 990
Wilmington, Delaware 19899-1028
Telephone: (302) 427-0400

1912311.1

The undersigned certifies that pursuant to Local Rule 83.5, he is eligible for admission to this Court, is admitted, practicing and in good standing in the jurisdictions set forth above, and pursuant to Local Rule 83.6 submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. He also certifies that he is generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. He further certifies that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Joseph F. Hession (Ga. Bar No. 349605)
CARLTON FIELDS, P.A.
One Atlantic Center
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia 30309
Phone: (404) 815-3400
Fax:   (404) 815-3415

IT IS HEREBY ORDERED that counsel's application for admission *pro hac vice* is granted.

Date: August _____, 2008

The Honorable Sue L. Robinson
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed the foregoing "Application and Order for Admission Pro Hac Vice" with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801

Mary E. Augustine, Esquire
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

_____
Thomas G. Macauley (ID No. 3411)

1913668.1