# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE INSURANCE HOUSE, INC., <br> a Georgia corporation <br> <br> v. <br> <br> INSURANCE DATA PROCESSING, INC., <br> a Pennsylvania corporation | : <br> : <br> : <br> : Civil Docket No. <br> : 1:08-mc-00094-SLR <br> : <br> : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Leslie C. Heilman, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Damian L. DiNicola of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103-7599 to represent Insurance Data Processing, Inc.

Date: August 18, 2008

/s/ Leslie C. Heilman
Leslie C. Heilman (No. 4716)
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com

Counsel for Insurance Data Processing, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Court Judge

-2-

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/18/08

Damian L. DiNicola, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 665-8500
Facsimile: (215) 864-8999
E-mail: dinicolad@ballardspahr.com