IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE INSURANCE HOUSE, INC., a Georgia corporation | : : : Civil Docket No. : 1:08-mc-00094-SLR |
| v. | : : |
| INSURANCE DATA PROCESSING, INC., a Pennsylvania corporation | : : : |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul B. Bech, Esquire, to represent Ace American Insurance Company in this matter.

Date: August 18, 2008

BAYARD, P.A.

_____
Mary E. Augustine (No.4477)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Tel:   (302) 655-5000

Attorneys for Ace American Insurance Company

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: August ____, 2008
       Wilmington, Delaware

_____
UNITED STATES DISTRICT JUDGE

{BAY:01111964v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the states of Pennsylvania and New Jersey; the United States District Court for the Eastern and Middle Districts of Pennsylvania; the United States District Court for the District of New Jersey; the United States Court of Appeals for the Third Circuit; and the United States Court of Appeals for the Seventh Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Date: August 18, 2008

BAZELON LESS & FELDMAN PC

*/s/ Paul B. Bech*

Paul B. Bech, Esq.
1515 Market Street, Suite 700
Philadelphia, PA 19102
Tel:   (215) 568-1155
Fax:   (215) 568-9319