IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE INSURANCE HOUSE, INC., a Georgia corporation | : Civil Docket No. : 1:08-mc-00094-SLR |
| v. | : |
| INSURANCE DATA PROCESSING, INC., a Pennsylvania corporation | : |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

I, *Lindsey M. Suprum*, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., counsel for Ace American Insurance Company in the above-captioned case and that on the 19th day of August, 2008, she caused a copy of the **Motion for Admission Pro Hac Vice [Docket No. 14]** to be served upon the parties listed below in the manner indicated.

## *VIA* HAND DELIVERY

Paul B. Bech
*Bazelon Less & Feldman, P.C.*
1515 Market Street, Suite 700
Philadelphia, PA 19102-1907
PO Box 1709
Wilmington, DE  19899-1709

Katie Arrington D'Emilio
*Ballard, Spahr, Andrews & Ingersoll, LLP*
919 North Market Street
12th Floor
Wilmington, DE 19801-3034

{BAY:01129779v1}

*VIA* **FIRST CLASS MAIL**

| | |
|---|---|
| James J. Wolfson | Carl G. Roberts |
| Joseph S. Hession | *Ballard, Spahr, Andrews & Ingersoll, LLP* |
| *Carlton Fields, P.A.* | 1735 Market Street, 51st Floor |
| One Atlantic Center | Philadelphia, PA  19103-7599 |
| 1201 West Peachtree Street | |
| Suite 300 | |
| Atlanta, GA  30309 | |

_____
Lindsey M. Suprum

    ***SWORN TO AND SUBSCRIBED*** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated:  August 19, 2008

_____
Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2010

{BAY:01129779v1}